# EXHIBIT 1:

# Targeted Justice's October 31, 2023 FOIA Request

## eFOIA Request Received

| | |
|---|---|
| From (senders in message print header) | efoia@subscriptions.fbi.gov <efoia@subscriptions.fbi.gov> |
| To | 247tj@proton.me |
| Date | Tuesday, October 31st, 2023 at 1:49 PM |

## Organization Representative Information

| Organization Name | | Prefix | First Name | | Middle Name | Domestic Address |
|---|---|---|---|---|---|---|
| Last Name | | Suffix | Email | | Phone | |
| Location | | | | | | Agreement to Pay |
| | Address Line 1 | | Address Line 2 | | City | |
| State | | Postal | | | | |

| How you will pay | I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages. |
|---|---|

## Proof Of Affiliation for Fee Waiver

| Waiver Explanation | Targeted Justice currently has almost 10,000 subscribers and over 115,000<br>thousands views a month in its Substack newsletter. Thus, pursuant to 47 CFR<br>0.466 it is a news media organization.<br>Targeted Justice hereby requests a fee waiver of search, review, and<br>duplication fees on the grounds that disclosure of the requested records is<br>in the public interest because it is likely to significantly contribute to<br>public understanding of the operations or activities of the government and<br>is not primarily in the commercial interest of the requester. See 5 U.S.C.<br> 552(a)(4)(A)(iii); see also 22 C.F.R.  171.17(a); 28 C.F.R. 16.11(k);<br>32 C.F.R.  286.28(d); 32 C.F.R.  1900.13(b)(2).<br>Furthermore, a waiver of search and review fees is warranted inasmuch as<br>Targeted Justice will report the results of this endeavor on the grounds<br>that Targeted Justice qualifies as a representative of the news media and<br>that the records are not sought for commercial use. See 5 U.S.C. 552(a)(4)(A)(ii))(7); 32 C.F.R.  1900.02(h)(3), 1900.13(i)(2). |
|---|---|

**Request Information**

This letter constitutes a request under the Freedom of Information Act, 5
U.S.C. 552, on behalf of Targeted Justice Inc.
I request that a copy of the following documents [or documents containing
the following information] be provided to Targeted Justice:
1. All documents containing all the identities removed from the Terrorist
Screening Databases Handling Codes 3 and 4 due to the persons death,
including date of removal.
The term document is to be liberally construed to include any file, paper,
microfilm, digital archive, or any other format where the information sought
may be stored.
Targeted Justice's status as a news organization that provides information
of public interest to its members warrants the expedited processing of this
Request on the grounds that there is a compelling need for these records
because the information requested is urgently needed by an organization
primarily engaged in disseminating information in order to inform the public
about actual or alleged Federal Government activity. See 5 U.S.C.
552(a)(6)(E)(v)(II); see also 22 C.F.R. 171.12(b)(2); 28 C.F.R.
n16.5(d)(1)(ii); 32 C.F.R. 286.4(d)(3)(ii); 32 C.F.R. 1900.34(c)
(2).
Request for expedited processing
Targeted Justice currently has almost 10,000 subscribers and over 115,000
thousands views a month in its Substack newsletter. Thus, pursuant to 47 CFR
0.466 it is a news media organization.
Targeted Justice also requests the expedited processing of this request on
the grounds that the records and documents requested relate to a breaking
news story of general public interest. Furthermore, they present a matter
of widespread and exceptional media interest in which there exist possible
questions about the governments integrity which affect public confidence.
Expedited processing is warranted when the information is relevant to a
subject of public urgency concerning an actual or alleged Federal government
activity See 22 C.F.R. 171.12(b)(2)(i); 32 C.F.R. 286.4(d)(3)
(ii)(A);
see also 28 C.F.R. 16.5(d)(1)(iv); 32 C.F.R. 1900.34(c)(2).
In light of the above, Targeted Justice requests that your agency adheres to
the legal mandate contained in 5 U.S.C. 552(a)(6)(A)(i); see 28 C.F.R.
16.6(b), (c) and consequently produce within 20 days of receipt of this
request the information sought.
Request for Fee Waiver
Furthermore, a waiver of search and review fees is warranted inasmuch as
Targeted Justice will report the results of this endeavor on the grounds

```
                  that Targeted Justice qualifies as a representative of the news
                  media and
                  that the records are not sought for commercial use. See 5 U.S.C.
                  552(a)(4)(A)(ii))(7); 32 C.F.R.  1900.02(h)(3), 1900.13(i)(2).
                  For any document you fail to produce, Targeted Justice requests
                  that you
                  provide a Vaughn Index and declaration setting forth reasonably
                  detailed
                  explanations for each withheld document as to why it falls within
                  any
                  statutory exemption. See Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir.
                  1973).
```

# Expedite

**Expedite Reason**
```
                  Targeted Justice also requests the expedited processing of this
                  request on
                  the grounds that the records and documents requested relate to a
                  breaking
                  news story of general public interest. Furthermore, they present a
                  matter
                  of widespread and exceptional media interest in which there exist
                  possible
                  questions about the governments integrity which affect public
                  confidence.
                  Expedited processing is warranted when the information is relevant
                  to a
                  subject of public urgency concerning an actual or alleged Federal
                  government
                  activity See 22 C.F.R.  171.12(b)(2)(i); 32 C.F.R.  286.4(d)(3)
                  (ii)(A);
                  see also 28 C.F.R.  16.5(d)(1)(iv); 32 C.F.R.  1900.34(c)(2).
                  In light of the above, Targeted Justice requests that your agency
                  adheres to
                  the legal mandate contained in 5 U.S.C.  552(a)(6)(A)(i); see 28
                  C.F.R.
                  16.6(b), (c) and consequently produce within 20 days of receipt of
                  this
                  request the information sought.
```

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBIs electronic FOIA Library (The Vault) on the FBIs public website, http://vault.fbi.gov by clicking on the Check Status of Your FOI/PA Request tool link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.