UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| TARGETED JUSTICE INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> FEDERAL BUREAU OF § <br> INVESTIGATION, § <br> § <br> Defendant. § | Civil Action No. 6:24-cv-00005 |

### DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

Defendant files this reply to clarify two matters. Counsel for Defendant conferred with Plaintiff's counsel prior to filing the Motion for Protective Order. In Exhibit 1 to Plaintiff's response, Dkt. No. 12-1, Plaintiff's counsel neglected to include her response to defense counsel's email. That response is attached hereto as Exhibit A. Plaintiff's counsel responded that she opposed the motion for protective order. She made no request for a phone call, did not ask to confer further and asked no questions. Defendant then filed its Motion.

Further, Plaintiff demands compliance with deadlines that have not passed or have not been set. Plaintiff unilaterally served initial disclosures on April 21. Disclosures are due within 14 days of the Rule 26(f) conference, which has not occurred. *See* Fed. R. Civ. P. 26(a)(1)(C). Moreover, no deadlines have been set in this case, so Defendant has not "refused" to disclose anything. As indicated in the Motion, Defendant intends to provide information regarding the documents and any applicable exemptions prior to filing a summary judgment motion. Accordingly, Defendant requests the Court grants its Motion for Protective Order.

Dated: May 16, 2024                                  Respectfully submitted,

                                                     ALAMDAR S. HAMDANI
                                                     UNITED STATES ATTORNEY

                                                      By: _/s/ Myra Siddiqui_____
                                                     Myra Siddiqui
                                                     Assistant United States Attorney
                                                     Southern District No. 3257790
                                                     Texas Bar No. 24106434
                                                     1000 Louisiana, Suite 2300
                                                     Houston, Texas 77002
                                                     Tel: (713) 567-9600
                                                     Fax: (713) 718-3303
                                                     E-mail: myra.siddiqui@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on May 16, 2024, the foregoing was filed and served on counsel for Plaintiff via the Court's CM/ECF service.

/s/ *Myra Siddiqui*
Myra Siddiqui
Assistant United States Attorney